S90G0555. SAFEWAY INSURANCE COMPANY v. HOLMES et al.

(393 SE2d 447)

PER CURIAM.

After plenary consideration of this matter, *Safeway Ins. Co. v. Holmes,* 194 Ga. App. 160 (390 SE2d 52) (1989), it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur.*

DECIDED MAY 2, 1990 —
RECONSIDERATION DENIED MAY 16, 1990.

*Crim & Bassler, Harry W. Bassler, Joseph M. Murphey,* for appellant.

*William V. Hall, Jr.,* for appellees.